CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ZACHARY M. GLIMCHER (CABN 308053)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Zachary.Glimcher@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. 25-CR-0221-AMO |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER TO |
| | ) VACATE STATUS HEARING ON JUNE 1, 2026, |
| v. | ) SET A CHANGE OF PLEA ON JUNE 22, 2026, |
| | ) AND EXCLUDE TIME FROM JUNE 1, 2026, |
| ALEJANDRO GABRIEL SAINZ, | ) THROUGH JUNE 22, 2026 |
| | ) |
| Defendant. | ) |
| | ) Hearing Date: June 22, 2026 |
| | ) Hearing Time: 2:00 pm |
| | ) Hon. Araceli Martínez-Olguín |

This case is currently set for a status conference before the Court on June 1, 2026, at 2:00 pm. The parties have reached a plea agreement, in principle, but there are a couple evidentiary issues to be resolved before moving forward with a change of plea. Therefore, the parties stipulate and request that the Court vacate the hearing currently set for June 1, 2026, and set this case for a change of plea on June 22, 2026, at 2:00 pm.

For effective preparation of counsel, taking into account the exercise of due diligence, the parties further stipulate that the ends of justice served by excluding time from June 1, 2026, through June 22,

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-0221-AMO                  v. 7/10/2018

2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial, and so request the Court order that time be excluded. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Special Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

Respectfully,

DATED:  5/26/2026

_____/s/_____
ZACHARY M. GLIMCHER
Special Assistant United States Attorney

DATED:  5/26/2026

_____/s/_____
GABRIELA BISCHOF
Counsel for Defendant ALEJANDRO GABRIEL SAINZ

STIPULATION TO EXCLUDE TIME
Case No. 25-CR-0221-AMO                                                      v. 7/10/2018

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds that failing to exclude the time from June 1, 2026, through June 22, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 1, 2026, through June 22, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from June 1, 2026, through June 22, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: _____5/27/2026_____

_____
Hon. Araceli Martínez-Olguin
United States District Judge